# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO




LEVI STRAUSS AND COMPANY

VS.

M/V PHOENIX SPIRIT, ET AL

CIVIL NO. 96-2190(JAF)

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 01/03/00 | DOCKET #: 97 | TITLE: MOTION by Colbro Ship Mngmt to Extend Time until 2/2/00 to file motion for leave to reply to Levi's opp to Pitea and Coleman's mot for sum/jgm |
| [ ] Plaintiff(s) | | |
| [x] Defendant(s) | | |

## O-R-D-E-R

**X** GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: The reply shall be filed on or before February 2, 2000.

1/24/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(98)

4