# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



LEVI STRAUSS AND COMPANY

VS.

M/V PHOENIX SPIRIT, ET AL

CIVIL NO. 96-2190(JAF)

## DESCRIPTION OF MOTION

| | |
|---|---|
| DATE FILED: 01/27/00   DOCKET #: 99 | TITLE: SECOND MOTION by Colbro Ship Mngmt \|to Extend Time until 3/2/00 to file motion for leave to file REPLY to Levi's opposition to Pitea and Coleman's motions for summary judgment\| |
| [ ] Plaintiff(s) [x] Defendant(s) | |

## O-R-D-E-R

__ GRANTED.

X DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

2/16/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE