## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



LEVY STRAUSS AND COMPANY,

VS.

M/V "PHOENIX SPIRIT", ETC.
ET AL.

CIVIL NO. 96-2190 (JAF)

### DESCRIPTION OF MOTION

DATE FILED: 12/04/98  DOCKET: 72

TITLE: MOTION AND MEMORANDUM FOR INTERVENTION AND JOINDER

[X] Plaintiff & Fireman's Fund
[ ] Defendant(s)

### O-R-D-E-R

_X_ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

February 23, 2000
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE