## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO





LEVY STRAUSS AND COMPANY,

    VS.                                         CIVIL NO. __96-2190__ (JAF)

M/V "PHOENIX SPIRIT", ETC.
ET AL.

### DESCRIPTION OF MOTION

DATE FILED: 12/16/98  DOCKET: 73    TITLE: MOTION FOR LEAVE TO
                                                     FILE THIRD-PARTY COMPLAINT.

[X] Plaintiff-Intervenor Colbro
[ ] Defendant(s)

### O-R-D-E-R

__X__ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

OTHER:

February 23, 2000
   DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE