UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

1   LEVI STRAUSS AND COMPANY,

2        Plaintiff,

3        v.                          Civil No. 96-2190 (JAF)

4

5   M/V "PHOENIX SPIRIT", etc.,
    et al.,
6

7        Defendants.
    ─────────────────────────────
8   MARINE EXPRESS, INC.,

9        Intervenor-Plaintiff,

10  v.

11

12  M/V "PHOENIX SPIRIT", etc.,
    et al.,
13

14       Defendants.
    ─────────────────────────────
15  COLBRO SHIP MANAGEMENT COMPANY,
    LIMITED,
16

17       Intervenor-Plaintiff,

18  v.

19  LEVI STRAUSS AND COMPANY,

20       Intervenor-Defendant,

21

22  v.

23  WILLIAM J. COLEMAN,

24       Third-Party Defendant.

25

26





4

AO 72
(Rev 8/82)

Civil No. 96-2190 (JAF)                                                    -2-

1
2                                    **O R D E R**

3       On November 15, 1996, Intervenor-Plaintiff Marine Express, Inc.
4   ("Marine Express") filed a breach-of-contract action against
5   Defendants M/V "PHOENIX SPIRIT" ("PHOENIX SPIRIT") *in rem* and Colbro
6   Ship Management Company, Ltd. ("Colbro") *in personam*, asserting
7   claims against the vessel and damages against Colbro.    Marine
8   Express' intervention is another episode in the mammoth Levi Strauss
9   case, begun in this jurisdiction on October 1, 1996.

10      On February 10, 1998, Marine Express moved to dismiss its
11  complaint against PHOENIX SPIRIT and its owner, Pitea Shipping
12  Company, Ltd. ("Pitea"), pursuant to FED. R. CIV. P. 21.
13  Alternatively, Marine Express requested leave to file an Amended
14  Verified Complaint for Intervention against Colbro and other non-
15  bankruptcy parties.
16
17      We, hereby, **GRANT** Intervenor-Plaintiff's motion to dismiss its
18  complaint against PHOENIX SPIRIT and Pitea, as well as its request to
19  file the Amended Verified Complaint against Colbro.

20      This Order disposes of Docket Documents Nos. 40 and 44, and
21  partially disposes of Docket Document No. 58.

22      **IT IS SO ORDERED.**

23      San Juan, Puerto Rico, this 23rd day February, 2000.
24
25                                  JOSE ANTONIO FUSTE
26                                  U. S. District Judge

AO 72
(Rev 8/82)