# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





LEVI STRAUSS AND COMPANY

VS.

CIVIL NO. 96-2190(JAF)

M/V PHOENIX SPIRIT, ET AL

---

## DESCRIPTION OF MOTION

| | |
|---|---|
| **DATE FILED:** 03/09/00 **DOCKET #:107** ⤷ 100 | **TITLE:** AMENDED MOTION by Pitea Shipping Co., Colbro Ship Mngmt, William J. Coleman \|for Paul Calvesbert and Jose G. Baquero to Withdraw as Attorney\|, and \|to Extend Time for 30 days to retain new cnsl\| |
| [ ] Plaintiff(s)<br>[x] Defendant(s) | |

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** _Granted as requested_

---

3/30/00

DATE

_JOSE A. FUSTE_
U.S. DISTRICT JUDGE

110

Calvesbert & Baquero