IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

Plaintiff(s),

VS.    Civil No. 96-2190 (JAF)

M/V PHOENIX SPIRIT

Defendant(s).

=================================

## PARTIAL JUDGMENT

Pursuant to Court's Order, see Docket #106, the complaints against PHOENIX SPIRIT and Pitea, are now dismissed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this April 3, 2000.

JOSE A. FUSTE
U.S. DISTRICT JUDGE

By: REBECCA AGOSTINI-VIANA
DEPUTY CLERK


