## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO





LEVI STRAUSS

    VS.                                CIVIL NO. 96-2190 (JAF)

M/V PHOENIX SPIRIT,
ET AL

### DESCRIPTION OF MOTION

| | |
|---|---|
| DATE FILED: 4/27/00 DOCKET: 113<br>[x] Intervenor Plffs.   [ ] Defts. | TITLE: NOTICE OF ATTY APPEARANCE AND REQ TO EXT TIME UNTIL 5/30/00 TO RESPOND TO MOT FOR SUMMARY JDMT |

### O-R-D-E-R

*Granted.*

5/2/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT COURT