UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LEVI STRAUSS AND COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V "PHOENIX SPIRIT", etc., et al.,<br><br>    Defendants.<br>——————————————————<br>MARINE EXPRESS, INC.,<br><br>    Intervenor-Plaintiff,<br><br>    v.<br><br>M/V "PHOENIX SPIRIT", etc., et al.,<br><br>    Defendants.<br>——————————————————<br>COLBRO SHIP MANAGEMENT COMPANY, LIMITED,<br><br>    Intervenor-Plaintiff,<br><br>    v.<br><br>LEVI STRAUSS AND COMPANY,<br><br>    Intervenor-Defendant,<br><br>    v.<br><br>WILLIAM J. COLEMAN,<br><br>    Third-Party Defendant. | Civil No. 96-2190 (JAF)<br><br>RECEIVED & FILED<br>'00 JUL 11 PM 2:24<br>CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>SAN JUAN, PR |



AO 72
(Rev 8/82)

Civil No. 96-2190 (JAF)                                                    -2-

**O R D E R**

The Judges have agreed to the reassignment of forty-five cases to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000.

Pursuant to the above, the present case is assigned to the docket of Judge García-Gregory.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 10th day of July, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)