UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　DATE: SEPTEMBER 6, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　　　**CASE NO. CIVIL 96-2190**

===================================================================

LEVI STRAUSS & CO.　　　　　　　　　　　Attorneys:
　　　　　　　　　　　　　　　　　　　　For Plaintiffs:

　　　　VS
　　　　　　　　　　　　　　　　　　　　For Defendant:
M/V PHOENIX SPIRIT


===================================================================

　　By Order of the Court the above-mentioned case is hereby scheduled for a status conference on **WEDNESDAY, OCTOBER 18, 2000 at 11:00 AM.**

　　Parties to be notified.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LILY ALICEA
　　　　　　　　　　　　　　　　　　　　COURTROOM DEPUTY