# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

    **Plaintiff(s)**

      **v.**

M/V PHOENIX SPIRIT

    **Defendant(s)**

**CIVIL NUMBER:** 96-2190 (JAG)

---

| MOTION | ORDER |
|---|---|
| | **GRANTED.** |
| **Title:** Motion for Leave to File Reply to Opposition to Motion for Submission, etc. (10/14/99); Motion to Withdraw Request for Sanctions against Levi, etc. (06/02/00); Motion for Leave to File Reply to Colbro's, etc. (06/07/00); Motion for Leave to Reply to Opposition, etc. (06/27/00) | |
| **Dockets:** 89, 116, 117, 121-1 | |
| [ ] Plffs   [ ] Defts   [ ] Other | |

---

| MOTION | ORDER |
|---|---|
| **Date:** 06/27/00 | **MOOT.** |
| **Title:** Motion to Extend Time for 15 days after Order Granting Leave to File Reply | |
| **Dockets:** 121-2 | |
| [x] Plffs   [ ] Defts   [ ] Other | |

---

**Date:**  10/02/00

**JAY A. GARCIA-GREGORY**
U.S. District Judge

