UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 18, 2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**        **CASE NO. CIVIL 96-2190 (JAG)**
================================================================

| LEVI STRAUSS & CO | Attorneys: |
|---|---|
| | For Plantiff: ANTONIO BIRD, JR. |
| VS | |
| M/V PHOENIX SPIRIT | For Defendant: FELIX ROMAN CARRASQUILLO |
| | JOSE BAQUERO |
| | WILLIAM COLEMAN |

================================================================

Case called for status conference. Parties theories stated. Plaintiff has filed a motion for summary judgment. Mr. Coleman is appearing pro-se. Court is appraised that Mr. Coleman is the key witness in the case and at the same time he is representing himself. Court orders him to file a written pro-se application and plaintiff will have time to oppose it.

The intervening complaint is against Mr. Coleman. He is granted 5 days to file an application or to represent himself. He has until November 1, 2000 to reply to the intervening complaint.

A settlement demand is to be put in writing to plaintiff.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy