UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 11/16/00<br>**Title:** Motion for Extension of Time to File Motion for Leave to Reply<br>**Dockets:** 132<br>[ ] Plffs   [ ] Defts   [x] Other | **GRANTED.** |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

