# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'01 JAN -3 PM 2 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LEVI STRAUSS & CO.

    **Plaintiff(s)**

    v.          **CIVIL NUMBER:** 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 12/15/00<br>**Title:** Motion for Leave to Reply to Opposition to Calvesbert's Motion to Intervene<br>**Dockets:** 135<br>[ ] Plffs   [ ] Defts   [x] Other | **GRANTED.** |

**Date:** December 27, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

