# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.                                              **CIVIL NUMBER:** 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 03/28/01<br>**Title:** Motion Requesting Leave to Withdraw Legal Representation<br>**Dockets:** 138<br>[ ] Plffs   [ ] Defts   [x] Other | **GRANTED.** |

Date: April 18, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


