IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

    **Plaintiff(s)**

    v.    CIVIL NO.   96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    **Defendant(s)**

## ORDER

This case is referred to Magistrate-Judge Justo Arenas for appropriate disposition of pending motions.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge