```
1         IN THE UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF PUERTO RICO
3
4
5
6   LEVI STRAUSS AND COMPANY,
7   Plaintiff
8   v.
9   M/V "PHOENIX SPIRIT," etc., et al.,
10  Defendants
11  MARINE EXPRESS, INC.,
12  Intervenor-Plaintiff
13  v.
14  M/V "PHOENIX SPIRIT," etc., et al.,
15  Defendants
16  COLBRO SHIP MANAGEMENT                    CIVIL 96-2190 (JAG)
    COMPANY LIMITED,
17  Intervenor-Plaintiff
18  v.
19  LEVI STRAUSS AND COMPANY,
20  Plaintiff-Intervenor's Defendant
21  v.
22  WILLIAM J. COLEMAN,
23  Third-Party Defendant
24
25
                        O R D E R
26
27
28
```

RECEIVED & FILED '01 AUG 27 PM 12:43 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR



CIVIL 96-2190 (JAG)                           2

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Submitting Return of Service of Summons and Requesting that Default be Entered Against Third Party Defendant Distribution Services Limited, 11-16-00. | 131 | The Clerk is directed to enter default as requested. |

In San Juan, Puerto Rico, this 21st day of August, 2001.

JUSTO ARENAS
United States Magistrate Judge