# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 AUG 27  PM 12: 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | | |
|---|---|---|
| **LEVI STRAUSS AND COMPANY** | * | |
| | * | |
| **Plaintiff** | * | Civil No.  96-2190 (JAG) |
| | * | |
| **vs.** | * | |
| | * | |
| **M/V "PHOENIX SPIRIT", ET AL** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

## DESCRIPTION OF MOTION

---

```
DATE FILED:11/16/00 DOCKET: 131   TITLE: MOTION FOR ENTRY OF
                                         DEFAULT
    [x] Plaintiff
    [ ] Defendant
```

---

## CLERK'S ENTRY OF DEFAULT

---

```
    Default of defendant is hereby entered.
```

---

Date:  8/27/01

FRANCES RIOS DE MORAN
CLERK OF THE COURT

BY: _Franchesca_ _____

DEPUTY CLERK

