# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.                                                                      **CIVIL NUMBER:** 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 08/21/01<br>**Title:** Motion to Dismiss<br>**Dockets**: 144<br>[ ] **Plffs**  [ ] **Defts**  [x] **Other** | This motion is referred to Magistrate-Judge Justo Arenas to whom the case had been previously referred. Any opposition that may be filed will also be referred to Magistrate-Judge Arenas. |

**Date:** August 28, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

