IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS AND COMPANY,

Plaintiff

v.

M/V "PHOENIX SPIRIT," etc., et al.,

Defendants

---

MARINE EXPRESS, INC.,

Intervenor-Plaintiff

v.

M/V "PHOENIX SPIRIT," etc., et al.,

Defendants

---

COLBRO SHIP MANAGEMENT COMPANY LIMITED,

Intervenor-Plaintiff

v.

LEVI STRAUSS AND COMPANY,

Plaintiff-Intervenor's Defendant

v.

WILLIAM J. COLEMAN,

Third-Party Defendant

---

CIVIL 96-2190 (JAG)

## ORDER

CIVIL 96-2190 (JAG)                                  2

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Urgent Motion to Compel Service of Motion to Dismiss, 08-31-01. | 152 | Granted. |

In San Juan, Puerto Rico, this 6th day of September, 2001.

*[signature]*

JUSTO ARENAS
United States Magistrate Judge