IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS AND COMPANY

**Plaintiff(s)**

v.                                              CIVIL NO.   96-2190 (JAG)

M/V "PHOENIX SPIRIT," etc., et al

**Defendant(s)**

---

**ORDER**

Magistrate-Judge Justo Arenas has issued four Report and Recommendation Orders (Docket Nos. 145, 146, 149, 155). The time for filing objections has now elapsed. Attorney Paul E. Calvesbert-Borgos has timely filed an objection to one of the four Report and Recommendation Orders (Docket No. 149), and the Court will consider it in due course.

With respect to the remaining three Reports and Recommendation Orders, no party has filed objections. Accordingly, the Court adopts them. See 28 U.S.C. § 636(b)(1); Local Rule 510.2(A)("[f]ailure to file objections within the specified time waives the right to appeal the District Court's order.").

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of November, 2001.

JAY A. GARCIA-GREGORY
United States District Judge