IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS AND COMPANY

**Plaintiff(s)**

v.                                              CIVIL NO.   96-2190 (JAG)

M/V "PHOENIX SPIRIT," etc., et al

**Defendant(s)**

**ORDER**

The Court hereby schedules a Status Conference on November 27, 2001 at 4:00 p.m. to chart a course for expeditious resolution of this case, as well as to explore settlement prospects.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of November, 2001.

JAY A. GARCIA-GREGORY
United States District Judge


