UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: NOVEMBER 16, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**           CASE NO. 96-2190(JAG)

================================================================

LEVI STRAUSS AND COMPANY           Attorneys:

      VS

M/V ❋PHOENIX SPIRIT❋

_____

The status conference in the above-mentioned case set for November 27, 2001 is hereby reset for THURSDAY, DECEMBER 6, 2001 AT 4:30 PM

   Parties to be notified.


Lily Alicea-Courtroom Deputy