UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**STATUS CONFERENCE REPORT**

| | |
|---|---|
| | DATE: December 6, 2001 |
| BEFORE HONORABLE JAY A. GARCIA-GREGORY | DURATION: 1 Hour |
| COURTROOM DEPUTY: | CASE NO: 96-2190 (JAG) |

| | |
|---|---|
| LEVIS STRAUSS AND COMPANY | **Attorneys for Plaintiffs:** |
| **Plaintiff(s)** | |
| v. | **Attorneys for Defendants:** |
| M/V PHOENIX SPIRIT | Félix Román (for Colbro, William J. Coleman and M/V Phoenix Spirit) |
| **Defendant(s)** | Paul Calvesbert-Borgos (Pro Se) |
| | Robert Blank (for DSL) |
| | Henry Segarra (for DSL) |

Counsel informed the Court about the latest status of the case. Going forward, the first item of business is to resolve DSL's pending motion to lift the default entered against them. (Docket 159). Attorney Roman said he had not received the motion. Counsel for DSL will forward him a copy of the motion for his review. Roman will consult his client and determine an appropriate course of action.

All counsel expressed a willingness in reaching an out-of-court resolution to this case. To that end, the Court proposed mediation with Judge Ward, or in its Chambers, at an appropriate time. Counsel would like to explore that option, but also would like to submit a proposed joint discovery



schedule to move the case forward, in the event the case cannot be resolved extrajudicially. The parties shall submit a proposed joint discovery schedule by December 14, 2001.

    The Court granted attorney Robert Blank's motion for admission *pro hac vice*. (Docket 163).

*[signature]*
Jay A. Garcia-Gregory
United States District Judge