UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.

**CIVIL NUMBER:** 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/01/01<br>**Title:** Motion in Support of Rober W. Blanck's Petition to Appear Pro Hac Vice; Motion to Appear Pro Hac Vice<br>**Dockets:** 163, 164<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** |

Date: December 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


