# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.                                CIVIL NUMBER: 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/14/01<br>**Title:** Distribution Services, Ltd's Motion to Vacate Default<br>**Dockets:** 159<br>[ ] **Plffs**   [ ] **Defts**   [x] **Other** | The motion to vacate default is **granted**. |

Date: January 9, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


