# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED '02 JAN 25 PM 12:07 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR*

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.                                                  **CIVIL NUMBER:** 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/16/02<br>**Title:** Motion Requesting Order<br>**Dockets:** 177<br><br>[ ] **Plffs**   [ ] **Defts**   [x] **Other** | **GRANTED.** Third party defendant Distribution services Ltd. ("DSL") shall deliver the documents requested no later than January 30, 2002. This case shall be referred to Judge Robert Ward for mediation settlement purposes during February 2002. |

Date:  January 23, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


