# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.                                         **CIVIL NUMBER:** 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/28/02<br>**Title:** Motion Requesting Enlargement of Time to Amend Pleadings and Request for Further Relief<br>**Dockets:** 179<br><br>[ ] **Plffs**   [ ] **Defts**   [x] **Other** | **GRANTED.** |

Date: February 1, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge