UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 FEB -6 AM 10: 57

RECEIVED AND FILED

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.                                              CIVIL NUMBER:   96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 01/30/02<br>Title: Motion for Entry of Partial Final Judgment in Accordance with Order<br>Dockets: 182 | **GRANTED.** Partial judgment shall enter accordingly. |

[ ] Plffs   [ ] Defts   [ x ] Other

Date: February 4, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge