CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 FEB -6 AM 10: 57

RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.                                              CIVIL NO. 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

---

## PARTIAL FINAL JUDGMENT

Upon consideration of the motion filed by Levi Strauss and Company for the use and benefit of Fireman's Fund Insurance Company, as subrogee, requesting the entry of judgment, it is hereby

ORDERED, ADJUDGED and DECREED that Levi Strauss and Company's motion for summary judgment (Docket No. 94) be, and it is hereby **Granted**;

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that the Intervening Complaint filed by Colbro Ship Management Company Limited, dated December 10, 1997, be and it is hereby dismissed with prejudice;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the motions filed by Colbro Ship Management Company Limited requesting an award of custodia legis expenses (Dockets No. 23, 83) be and they are hereby **Denied**.

Civil No. 96-2190(JAG)                                                                2

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure the Court finds that there is no just reason for delay for the entry of this partial final judgment until the conclusion of this litigation, and, therefore expressly directs its entry.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of February 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge