IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

    **Plaintiff(s)**

    v.                         CIVIL NO. 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    **Defendant(s)**

---

### ORDER

The Court hereby refers this case to Judge Robert Ward for a mediation and settlement conference, to be scheduled as Judge Ward deems appropriate.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of February 2002.

                                      JAY A. GARCIA-GREGORY
                                      United States District Judge