# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



LEVI STRAUSS & CO.

   Plaintiff (s),

   Vs.                                      CIVIL NO. 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET. AL.

   Defendant(s).

### O-R-D-E-R

By Order of the Court,  Settlement Conference in the above captioned case,  is hereby set

for February 20th, 2002, at 11:00 a.m., before Visiting Judge Robert J. Ward.

**IT IS SO ORDERED BY THE COURT.**

In San Juan, Puerto Rico, this 15th  day of February, 2002.

JAY A. GARCIA GREGORY
U.S. DISTRICT JUDGE

By: _____
REBECCA AGOSTINI-VIANA
Deputy Clerk

Parties to be notified.
*parties notified by phone.*