UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

**Plaintiff(s)**

v.   CIVIL NO. 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 02/06/02<br>Title: Motion for Reconsideration<br>Dockets: 187<br><br>[X] **Plffs**  [ ] **Defts**  [x] **Other** | GRANTED, to the extent that plaintiff Levi Strauss is ordered to turn over all documents (such as Settlement Agreements and/or Stipulations) concerning the Miami action, Levi Strauss & Co. v. DSL, et al, Case No. 96-1231 Civ-Ferguson, without prejudice to further discovery against Levi Strauss & Co. |

Date: March 4, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


