CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAR -8 PM 1:17

RECEIVED AND FILED

LEVI STRAUSS & CO.

    **Plaintiff(s)**

    v.                                 CIVIL NO.   96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/12/00<br>**Title:** Motion to Intervene (by Calvesbert)<br>**Dockets:** 125, 130, 137, 160<br><br>[ ] **Plffs**   [ ] **Defts**   [ x ] **Other** | The Court adopts the Magistrate Judge's Report and Recommendation (Docket No. 149), with the modification that Paul E. Calvesbert Borgos may seek recovery for services rendered in the Arbitration Proceedings described in Docket No. 160. |

Date: March 6, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

