UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAR -8 PM 1:17

RECEIVED AND FILED

LEVI STRAUSS & CO.

    **Plaintiff(s)**

        v.                         **CIVIL NO.**   96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Request Order (by Levi Strauss, 11/06/97)<br>**Dockets:** 27, 30 | **MOOT.** See Docket Nos. 192, 193. |
| **Title:** Motion to Dismiss (by DSL, 08/17/01)<br>**Dockets:** 143, 144, 151 | DSL's motion is **denied.** |
| **Title:** Motion for Status Conference (by DSL, 09/14/01)<br>**Dockets:** 158 | **MOOT.** |

[ ] **Plffs**   [ ] **Defts**   [ ] **Other**

Date: March 6, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


