IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

    **Plaintiff(s)**

    v.　　　　　　　　　　　　　　CIVIL NO. 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    **Defendant(s)**

---

### ORDER

In light of Docket No. 192 (Settlement Conference Report), the Court orders the parties to file, by **March 15, 2002**, a proposed joint schedule for an expeditious resolution of the case. The Pre-Trial Conference in this case shall be scheduled for **August 2, 2002 at 4 p.m.**, with Trial to take place shortly thereafter. The parties are encouraged to continue exploring settlement prospects in the coming months.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of March 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge