UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: March 22, 2002

| | |
|---|---|
| LEVI STRAUSS & CO. | |
| Plaintiffs | |
| VS | Civ.96-2190 (JAG) |
| M/V PHOENIX SPIRIT, ET AL | |
| Defendant | |

This case is hereby scheduled for a further mediation hearing before Robert J. Ward on April 1, 2002 at 10:00 A.M.

COURTROOM DEPUTY CLERK

Parties to be notified.


