UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

    Plaintiff(s)

    v.                                              CIVIL NO.   96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/25/02<br>**Title:** Motion to Request Order (by Distribution); Motion to Continue (by Colbro)<br>**Docket(s):** 200, 201 | GRANTED. The Court's March 22, 2002 Order (Docket No. 199) is vacated. |

[ ] Plffs    [X] Defts    [ ] Other

Date: March 27, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 8 )
attys/pts
in ICMS

APR - 1 2002