UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY -8 PM 5: 17

RECEIVED AND FILED

LEVI STRAUSS & CO.

    Plaintiff(s)

    v.                             CIVIL NO.   96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/10/02<br>**Title:** Motion for Enlargement of Time (by DSL)<br>**Docket(s):** 204 | DSL shall file its motion to dismiss by May 31, 2002. |
| **Title:** Motion Requesting Short Extension of Time to Answer Interrogatories (by Colbro)<br>**Docket(s):** 205 | GRANTED. |

[ ] Plffs    [ ] Defts    [ ] Other

Date: May 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge