UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

    Plaintiff(s)

    v.                         CIVIL NO.   96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    Defendant(s)

*RECEIVED AND FILED 2002 JUN 14 PM 1:20 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/03/02<br>**Title:** Motion for Enlargement of Time (by Colbro)<br>**Docket(s):** 211 | **GRANTED.** |

[ ] Plffs    [ ] Defts    [ ] Other

Date:  June 12, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge