IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

    **Plaintiff(s)**

    v.                         CIVIL NO. 96-2190 (JAG)

M/V PHOENIX SPIRIT, ET AL

    **Defendant(s)**

## ORDER

Dockets 208 and 209 are referred to Magistrate-Judge Justo Arenas for disposition. Docket 210 is also referred for a report and recommendation.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 19th day of June, 2002.

                                  JAY A. GARCIA-GREGORY
                                  U.S. District Judge