UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING** :                    DATE: JULY 9, 2002

BEFORE HONORABLE ROBERT A. WARD

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 96-2190(JAG)

===============================================================

LEVI STRAUSS & CO.                          Attorneys:

      VS

M/V PHOENIX SPIRIT

---

By Order of the Court a mediation conference is hereby set before **Honorable Robert A. Ward on Thursday, July 18, 2002 at 3:30 PM.**

Parties to be notified.

 

_____
Lily Alicea-Courtroom Deputy

