**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**Minutes of Proceedings**

**HONORABLE ROBERT J. WARD**            Date:  JULY 18, 2002

**LAW CLERK:  Elizabeth Carpenter**      CIVIL CASE: 96-2190 (JAG)

---

| Parties | Attorneys |
|---|---|
| Levi Strauss & Co.,<br>        Plaintiff,<br>        v.<br>M/V Phoenix Spirit,<br>        Defendant | |
| Colbro Ship Management Co.,<br>        Intervenor-Plaintiff<br>        v.<br>Distribution Services Ltd.<br>        Third-Party Defendant. | Felix Roman-Carrasquillo<br><br>Harry R. Segarro<br>Robert Blanck |

---

        Mediation conference held.  Third-party defendant Distribution Services Ltd. has a
pending motion for leave to file a complaint against Levi Strauss & Co., which is no longer a
party.  The motion is unopposed.  In the Court's view, this case is not likely to be settled until
this motion is resolved.


                                                    _Elizabeth Carpenter_
                                                    Elizabeth Carpenter
                                                    Law Clerk



