UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: AUGUST 2, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**           CASE NO. CIV. 96-2190(JAAG)
================================================================

| | |
|---|---|
| LEVI STRAUSS & cO. | Attorneys: HARRY SEGARRA |
| | ROBERT W. BLANCK |
| VS | |
| M/V PHOENIX SPIRIT | PAUL CALVESBERT |
| | FELIX ROMAN CARRASQUILLO |

*RECEIVED AND FILED 2002 AUG -7 AM 10:29 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

   Case called for pretrial conference. Parties bring to the Court a settlement agreement. Attorney Paul Calvesbert argues to the Court that although the amount of his fees appear reflected in the total settlement amount no provision has been made to pay him his attorneys fees. He requests from the Court that the amount of $75,000 be garnished from the settlement amount and deposited in the Clerk's Office pending the results of the case. After a lot of intervention by the Court the parties agreed to pay the amount of $40,000 as attorneys fees of which $5,000 are to paid now and the difference at the end of the case that is going to be filed.

   Court orders parties to file the papers by next Tuesday, August 7, 2002 and the Court will then proceed to enter judgment.

                                   _____
                                   Lily Alicea-Courtroom Deputy

