IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LEVI STRAUSS & CO.

    **Plaintiff(s)**

    v.                                    CIVIL NO. 96-2190

M/V PHOENIX SPIRIT, ET AL

    **Defendant(s)**

---

### FINAL JUDGMENT

Upon the Stipulated Facts and Request for Final Judgment filed by Colbro Ship Management Company, Limited (Colbro) and Distribution Services, Ltd. (DSL) (Docket 231), as well as the Stipulation of Settlement, Stipulated Facts and Request for Final Judgment filed by Colbro Ship Management Company, Limited (Colbro), Pitea Shipping Company, Limited (Pitea), William J. Coleman, Jr.(Coleman) and Paul E. Calvesbert Borgos d/b/a Calvesbert Law Offices and Calvesbert Law Offices PSC (Calvesbert)(Docket 233), the Court hereby enters final judgment disposing of all claims remaining in this case, as follows:

1. The Court approves and ratifies the Stipulated Facts and Request for Final Judgment jointly filed by Colbro and DSL (Docket 231) and enters final judgment in favor of Colbro against DSL in the principal amount (owed to Colbro) of $738,816.17 plus interest accruing at the



Civil No. 96-2190(JAG)                                                                 2

    legal rate from October 16, 1996 for all which let execution issue.

2.    The Court approves and ratifies the stipulated facts and request for final judgment found in the Stipulation of Settlement, Stipulated Facts and Request for Final Judgment jointly filed by Colbro, Pitea, Coleman, and Calvesbert (Docket 233) and enters final judgment in favor of Calvesbert against Colbro, Pitea, and Coleman jointly and severally in the principal amount of $40,000 (owed to Calvesbert) plus interest accruing at the rate of 5% from the date of entry of this judgment until full payment is verified.

The Court further orders DSL to pay directly to Calvesbert the amount of $5,000.00 to be deducted from the settlement proceeds agreed to between DSL and Colbro, as stated in paragraph 1 of this Judgment, said payment to be made within 30 days of the entry of this Final Judgment.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of August 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge